UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLA KOCHENDERFER, ) | Civil No.06cv620-J(NLS) |
| ) | |
| Plaintiff, ) | **NOTICE AND ORDER SETTING** |
| v. ) | ***TELEPHONIC* STATUS CONFERENCE** |
| ) | **RE: JOINT MEDICAL EXAMINATION** |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE CO., et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties in the above-referenced matter have agreed for settlement purposes only to a joint medical examination ("JME") of Plaintiff, to be conducted by a board certified orthopedic surgeon in the San Diego community. A telephonic status conference regarding the JME was held on January 26, 2007. Counsel for the parties advised the Court that they have agreed upon a physician to perform the examination, but continue to negotiate the parameters of engagement. Accordingly, a further *telephonic* Status Conference regarding the JME shall be held with the Court and counsel on **_February 9, 2007_** at **_2:30 p.m._** Plaintiff's counsel shall initiate the conference call.

**IT IS SO ORDERED**.

DATED: January 26, 2007

*Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge